USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :  **ORDER**
            -v.-                    :
                                    :
DAVID GLOVER,                       :  22 Cr. 522 (GHW)
                                    :
            Defendant.              :
                                    :
----------------------------------- X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Ashley C. Nicolas and Andrew Jones; and

    And because counsel for the defendant has informed the Court that she is not available for a bail review hearing prior to 2:00 p.m. on January 27, 2022;

    It is ordered that the Court will hold a bail review hearing in this case on January 27, 2022 at 3:00 p.m., and that the order setting conditions of release entered by the Honorable Sarah L. Cave on or about January 25, 2023, is hereby stayed, pending the bail review hearing.

Dated: New York, New York
       January 26, 2023

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE