

**The Law Offices of**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  **c** 917.238.9332

Via ECF
Hon.  Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/7/2023

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

   I represent David Glover in the above referenced indictment. Mr. Glover is currently on home incarceration. In light of the upcoming holiday, Mr. Glover would like to attend church on Easter Sunday, April 9, 2023. The service is from 5:30pm to 7pm, and the church, St. Joan of Arc Roman Catholic Church, is located within walking distance of his current residence. I respectfully request that Mr. Glover's bail conditions be modified to allow him to attend church at that date and time.

   I have consulted with the government, and they defer to Pretrial. I have consulted with Mr. Glover's Pretrial officer Jonathan Lettieri, and he has no objection.

DATED:       NEW YORK, NEW YORK

         April 7, 2023                          RESPECTFULLY SUBMITTED,

                                             _____

                                             Christine Delince, Esq.

   Application granted.  The conditions of Mr. Glover's pretrial release are modified as follows:  Mr. Glover may leave his home to attend Easter services at the time and location indicated above. Mr. Glover must travel directly to and return directly from church.  No deviations are permitted. All other conditions of Mr. Glover's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 125.
   SO ORDERED.
   Dated:  April 7, 2023
   New York, New York
                        _____
                        GREGORY H. WOODS
                        United States District Judge

100 Church Street, 8th Fl, NY 10007   **w** eocdlaw.com  **facebook.com**/OnaodowanDelince  **twitter.com**/OandDLaw