

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

<u>Via ECF</u>    **MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023
```

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

I represent David Glover in the above referenced indictment. Mr. Glover's current bail conditions are home incarceration with GPS monitoring. Mr. Glover has been offered to interview as a server at the Gansevoort Meatpacking Hotel. The hotel is located at 18 9th Avenue in Manhattan and the interview would be on Friday August 11, 2023, at 1pm. Mr. Glover respectfully asks that his bail conditions be modified to allow him to travel from his home to the interview between the hours of 11:30am to 4pm on August 11, 2023.

I have consulted with the government, and they defer to Pretrial. I have consulted with Mr. Glover's Pretrial officer, and he has no objection to this modification.

DATED:    NEW YORK, NEW YORK

           August 8, 2023                                    Respectfully Submitted,

                                                             _____
                                                             Christine Delince, Esq.

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may travel to and return from the job interview described in this letter between the hours of 11:30 a.m. and 4 p.m. on August 11, 2023. He must travel directly to, and return directly from, the location identified here. No deviations are permitted. For the avoidance of doubt, this limited modification should not be construed as consent for further modifications of the defendant's conditions of pretrial release.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 194.

SO ORDERED.
Dated: August 8, 2023        _____
New York, New York           GREGORY H. WOODS
                             United States District Judge