

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023
```

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

I represent David Glover in the above referenced indictment. Mr. Glover's current bail conditions are home incarceration with GPS monitoring. I write to respectfully request that Mr. Glover's bail conditions be modified to home detention with GPS monitoring. Mr. Glover has been offered the position of server at the Gansevoort Meatpacking Hotel. His employer has requested that he start training tomorrow, August 15, 2023, at 11:00am. The hotel is located at 18 9th Avenue in Manhattan. This bail modification would allow Mr. Glover's Pre-trial officer the discretion to allow him to attend work during his scheduled hours. Mr. Glover is complying with all the other terms of his release.

I have consulted with the government, and they defer to Pretrial. I have consulted with Mr. Glover's Pretrial officer, and he has no objection to this modification.

DATED:    NEW YORK, NEW YORK

             August 14, 2023                                  Respectfully Submitted,

                                                              _____
                                                              Christine Delince, Esq.

Application granted.  The conditions of Mr. Glover's pretrial release are modified as follows:  the condition requiring home incarceration is replaced with a condition requiring home detention with GPS monitoring together with any other location monitoring system approved by pretrial services.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 196.
SO ORDERED.
Dated:  August 14, 2023          _____
New York, New York                GREGORY H. WOODS
                                  United States District Judge