**MEMORANDUM ENDORSED**




*The Law Offices of*

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  **c** 917.238.9332

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    11/16/2023

Via ECF
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

November 15, 2023

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

I represent David Glover in the above referenced indictment. Mr. Glover is currently on home detention, and a condition of his bond is that he live with his girlfriend in Queens, NY. Unfortunately, Mr. Glover and his girlfriend have been experiencing relationship trouble and she has asked him to leave her home. For this reason, I ask that Mr. Glover's bail conditions be modified to state that Mr. Glover is required to live in a home as directed and approved by Pretrial Services.

I have consulted with the government, and they defer to Pretrial. I have consulted with Mr. Glover's Pretrial officer Jonathan Lettieri, and he has no objection to this modification.

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant is required to live in a home as directed and approved by Pretrial Services. All other conditions of Mr. Glover's pretrial release remain in full force and effect.

Counsel did not sign this letter. Counsel is expected to include a signature in all filings with the Court. The Court is acting on this request in this instance because the request appears to require prompt response and because the letter was filed using Ms. Delince's ECF filing information.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 251.

RESPECTFULLY SUBMITTED,

_____

Christine Delince, Esq.

SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge

Dated: November 16, 2023
New York, New York