MEMORANDUM ENDORSED



**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c  917.238.9332

Via ECF
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023
```

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

   I represent David Glover in the above referenced indictment. Mr. Glover's current bail conditions are home detention with GPS monitoring. Based on a recommendation from Mr. Glover's Pretrial officer Jonathan Lettieri, and without objection from the government, I write to ask that Mr. Glover's bail conditions be modified to a curfew set by Pretrial with GPS monitoring.

   On November 16, 2023, the Court granted the defense's request to allow Mr. Glover to move from his girlfriend's home to an address approved by Pretrial.[1] I have since learned from Mr. Lettieri that Mr. Glover lives with a brother. However, since his brother works full-time, Mr. Glover no longer has the support he previously had from his girlfriend's family to help him buy groceries and other basic items. In addition, Mr. Lettieri informs me that Mr. Glover is often offered extra work shifts at the last minute, which Mr. Lettieri is unable to approve due to the timing of said offers. Lastly, now that Mr. Glover no longer lives with his daughter, a curfew would make it easier for Mr. Lettieri to approve Mr. Glover's visits with his daughter.

   This bail modification would allow Mr. Glover's Pre-trial officer the discretion to approve requests such as those discussed above.

DATED:   NEW YORK, NEW YORK
         December 11, 2023

Respectfully Submitted,

*Christine Delince*
Christine Delince, Esq.

---

Application granted.  The conditions of Mr. Glover's pretrial release are modified as follows:  the condition requiring home detention with GPS is deleted and replaced with a curfew set by Pretrial with GPS monitoring.  All other conditions of the defendant's pretrial release remain in full force and effect.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 267.
SO ORDERED.
Dated:  December 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

[1] I apologize for not signing my letter dated November 15, 2023. It was an oversight on my part. I thank the Court for granting the application without my signature.

100 Church Street, 8th Fl, NY 10007   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw