**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com 718.427.3139

Christine Delince, Esq.
cdelince@eocdlaw.com c 917.238.9332

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024

Via ECF
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

    I represent David Glover in the above referenced case. I write to request that the Court allow Jill Shellow, Esq., to appear on my behalf for Mr. Glover at the status conference scheduled for May 24, 2024, at 11:00am. I have recently given birth and am currently on maternity leave. I am therefore unable to appear. I have discussed this with Mr. Glover, and he consents to Ms. Shellow representing him on that date.

DATED:   NEW YORK, NEW YORK

    May 17, 2024

Respectfully Submitted,

*Christine Delince*
Christine Delince, Esq.

APPLICATION GRANTED. Ms. Shellow may stand in for Ms. Delince at the status conference. The Court requests that Ms. Delince inform Ms. Shellow of her schedule to inform any discussion of the case schedule.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 330. SO ORDERED.

Dated: May 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge