UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-

   DAVID GLOVER.,

                        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2024

1:22-cr-522-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on July 30, 20204 at 11:00 a.m. with respect to DAVID GLOVER. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Glover and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: May 23, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge