```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,             :
                                          :
                -against-                 :
                                          :
    DAVID GLOVER,                         :        1:22-cr-522-GHW-4
                                          :
                        Defendant.        :        ORDER
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for November 25, 2024 at 11:00 a.m. is rescheduled. The hearing will take place on January 16, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than January 2, 2025. The Government's sentencing submissions are due no later than January 9, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 533.

SO ORDERED.

Dated: October 15, 2024

_____
GREGORY H. WOODS
United States District Judge