```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                        :
UNITED STATES OF AMERICA,                 :
                                        :
                                        :
                                        :
                          -v-                          :          1:22-cr-522-GHW
                                        :
DAVID GLOVER; JERIEL ABREU; RAY     :          ORDER
EDUARDO; LAZARETH PAULINO; JAWAN :
MILLS; JOAN MERCEDES; CHRISTOPHER :
ESPINAL; JUAN CHECO; JOSE PICHARDO; :
*and* REGINALD MCCLURE,                      :
                                        :
                               Defendants.  :
                                        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 24, 2024, the Court issued a scheduling order (the "Order") regarding Defendants David Glover, Jeriel Abreu, Ray Eduardo, Lazareth Paulino, Jawan Mills, Joan Mercedes, Christopher Espinal, Juan Checo, Jose Pichardo, and Reginald McClure (the "Group 2 Defendants"). Dkt. No. 346. Pursuant to the Order, trial for the Group 2 Defendants is scheduled to commence on Tuesday, February 18, 2025 at 9:00 a.m. A final pretrial conference for the trial of the Group 2 Defendants is also scheduled for January 21, 2025 at 10:00 a.m. Since the Order, each of the Group 2 Defendants has pleaded guilty. Accordingly, the Group 2 Defendants' trial scheduled to commence on Tuesday, February 18, 2025 at 9:00 a.m, and the final pretrial conference scheduled for January 21, 2025 at 10:00 a.m. are cancelled.

      SO ORDERED.

Dated: November 27, 2024

                                                                      GREGORY H. WOODS
                                                                   United States District Judge