

Esere J. Onaodowan, Esq.
eonaodowan@gmail.com   c 718.427.3139

Christine Delince, Esq.
cdelince@eocdlaw.com   c 917.238.9332

**MEMORANDUM ENDORSED**

March 7, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2025
```

<u>Via ECF</u>
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. David Glover 22 Cr. 522 (GHW)

Dear Judge Woods:

    I represent David Glover in the above captioned case, who was sentenced to 60 months of incarceration on January 16, 2025. His United States Passport is currently in the possession of Pretrial Services. Mr. Glover respectfully requests that his passport be released to his mother, Phyllis Joy Joseph,

    I have consulted with the government and they have no objection to this request.

                                                          Respectfully Submitted,

                                                          Christine Delince, Esq.

Application granted. Pretrial Services may return Mr. Glover's passport to Ms. Joseph. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 736.
SO ORDERED.
Dated: March 7, 2025

                                                      GREGORY H. WOODS
                                                 United States District Judge